# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FIRST PREFERENCE PRODUCTS CORPORATION and CEREAL BYPRODUCTS COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>POWERS & STINSON, a Mississippi Corporation; POWERS & STINSON, a Tennessee Corporation; NATIONAL BANKERS TRUST CORPORATION; THE TRANSPORT FIRM, INC.; E.A. NICHOLS, ESQ., Individually; THE LAW OFFICE OF E.A. NICHOLS, P.C. and NICHOLS LAW OFFICE, P.C.,<br><br>    Defendants. | No. 13-cv-2515-SHL-dkv |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed July 11, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal (ECF No. 137), all claims by Plaintiffs against Defendants are hereby DISMISSED WITH PREJUDICE.


APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 5, 2015
Date